■ JAY GROBMAN, Respondent, v BARBARA GROBMAN, Appellant. [610 NYS2d 762] —Order, Supreme Court, Nassau County (Stuart L. Ain, J.), entered February 9, 1993, unanimously affirmed for the reasons stated by Ain, J., without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman and Nardelli, JJ.